[Docket No. 81]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| CHRISTOPHER SMALL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN POWELL and MECHAEL CORTES,<br><br>　　　　Defendants. | Civil No. 20-15082 (RMB-AMD)<br><br>**ORDER** |

**RENÉE MARIE BUMB, Chief United States District Judge:**

**THIS MATTER** came before the Court upon the Motion for Summary Judgment filed by Defendants John Powell and Mechael Cortes ("Defendants"). [Docket No. 81]. Plaintiff Christopher Small did not oppose the Motion. For the reasons expressed in the Opinion of today's date, and for good cause shown,

**IT IS**, on this **19th** day of **December 2024**, hereby:

1. **ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED**;

2. **ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJDUCE**;

3. **ORDERED** that the Clerk of Court **CLOSE** this case; and that it is finally

4. **ORDERED** that the Clerk of Court serve a copy of this Order by regular U.S. mail.

**s/Renée Marie Bumb**
RENÉE MARIE BUMB
Chief United States District Judge
